IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMMY LEE GIBBS
A/K/A SAMMY L. GIBBS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5330

Opinion filed May 16, 2017.

An appeal from an order of the Circuit Court for Calhoun County.
Shonna Young Gay, Judge.

Sammy Lee Gibbs a/k/a Sammy L. Gibbs, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.  This Court retains jurisdiction to address the imposition of
sanctions.

WOLF, RAY, and BILBREY, JJ., CONCUR.